UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| QUINTON M. HAMILTON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:19-cv-00451 |
| ALLY FINANCIAL, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 10) recommending that Ally Financial's Motion to Dismiss (Doc. No. 7), to which Hamilton has not responded, be granted and this matter dismissed. No objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and Ally Financial's Motion to Dismiss (Doc. No. 7) is **GRANTED**. This shall serve as the final order in this matter and the Clerk is hereby **DIRECTED** to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE